**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.  25-CR-139 (TSC) |
| | : | |
| v. | : | |
| | : | |
| **JOSHUA ALLEN,** | : | |
|      **Defendant.** | : | |

**GOVERNMENT'S MOTION TO DISMISS COUNT TWO OF THE INDICTMENT**

The United State of America, by and through its counsel, the United States Attorney for the District of Columbia, moves to dismiss Count 2 of the indictment in the above-captioned case. As grounds for this request, the United States relies on the following:

1. Defendant Allen pleaded guilty to the indictment in this case charging him with unlawfully possessing a firearm after having been convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. § 922(g)(1) and possessing a large capacity ammunition feeding device in violation of 7 D.C. Code § 2506.01(b).

2. Due to a recent change in the U.S. Department of Justice's position about the constitutionality of the District's regulations banning large-capacity ammunition feeder devices, the government moves to dismiss Count 2 of the indictment (possession of a large capacity ammunition feeding device in violation of 7 D.C. Code § 2506.01(b)).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Sarah C. Santiago*
Sarah C. Santiago (GA No. 724304)
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
Sarah.Santiago2@usdoj.gov
(202) 252-7294